IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT KENYON,<br><br>Defendant. | Case No. 6:13-CR- 226 -HU<br><br>**INFORMATION**<br><br>[16 U.S.C. § 551]<br>[Class B Misdemeanor] |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[OCCUPYING THE NATIONAL FOREST FOR RESIDENTIAL PURPOSES]

Beginning on a date unknown and continuing to the present date, in the District of Oregon, defendant ROBERT KENYON did knowingly maintain a residence on National Forest System lands, more specifically the Deschutes National Forest, without being authorized by a special-use authorization or approved operating plan.

All in violation of Title 16, United States Code, Section 551, and Title 36, Code of Federal Regulations, Section 261.10(b).

Dated this 16th day of May, 2013.

S. AMANDA MARSHALL
United States Attorney

WILLIAM E. FITZGERALD
Assistant United States Attorney

1